1  DELLA ROSHAWN RICHARDSON
   P.O. BOX #452926
2  Los Angeles, CA 90045
3  213-909-4364

2010 DEC 10 PM 3:53

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

4
   PLAINTIFF,
5  *In Pro Se*

6

7              UNITED STATES DISTRICT COURT
8         FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10
                                    Case No. CV 10-5742-RGK(CW)
11                                  Honorable R. Gary Klausner, Judge
    DELLA ROSHAWN RICHARDSON,
12                                  **APPLICATION FOR ORDER ALLOWING
                                    AMENDMENT TO COMPLAINT; ORDER**
13                       Plaintiff,  Judge: Carla Woehrle
                                    Date: 01/11/11
14  v.                              Time: 10:00 A.M.
                                    Dept: 640
15
    CITY OF LONG BEACH, FORMER      Trial Date:         None
16  CHIEF OF POLICE ANTHONY BATTS,  Date action filed:  August 2, 2010
    OFFICER LORENZO J. URIBE,       Discovery cut-off:  April 22, 2011
17  OFFICER ANDREA D. ALLEN and     Motion cut-off:     May 23, 2011
    DOES 1 through 10, inclusive
18
                         Defendants.
19

20

21       I, the Plaintiff, Della Roshawn Richardson hereby request that the Court allow the filing of

22  the attached Amendment to my Complaint originally filed herein on August 2, 2010; and that such

23  filing be allowed without hearing or notice as provided by Code of Civil Procedure §473.

24

25       Said amendment is necessary to add names to the caption to include them as a party to the

26  action, and other mistakes in the original complaint, as set forth in the attached declaration.

27  ///
    ///
28  ///

APPLICATION FOR ORDER ALLOWING AMENDMENT TO COMPLAINT; ORDER

1 | Dated: 12/09/10     Respectfully submitted,

2

3     *(signature)*

4     DELLA ROSHAWN RICHARDSON
      In Pro Se

5

6                              ORDER

7 ~~Good cause appearing IT IS HEREBY ORDERED that Plaintiff be allowed to file the attached~~

8 ~~Amendment to Complaint.~~

9

10 Dated: _____     _____
                                       Honorable R. Gary Klausner, Judge

P. C. R.

*(signature)*