ALLEN L. LANSTRA (SBN 251510)
Allen.Lanstra@probonolaw.com
ALLISON B. HOLCOMBE (SBN 268198 )
Allison.Holcombe@probonolaw.com
KASONNI M. SCALES (SBN 301871)
Kasonni.Scales@probonolaw.com
MICHELE C. NIELSEN
Michele.Nielsen@probonolaw.com (SBN 313413)

300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Pro Bono Counsel for Plaintiff Della Roshawn Richardson*

*Additional counsel listed following caption*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELLA ROSHAWN RICHARDSON, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF LONG BEACH, FORMER CHIEF OF POLICE ANTHONY BATTS, OFFICER LORENZO J. URIBE, OFFICER ANDREA D. ALLEN, OFFICER PAUL MUNSON, OFFICER ROBERT CRUZ, OFFICER CHRISTOPHER E. MARTINEZ, OFFICER SERGIO RUVALCABA, OFFICER JESUS E. VALDEZ, OFFICER C. IGNACIO #5388, and DOES 1 through 10, inclusive,<br><br>  Defendants. | **CASE NO. 2:10-cv-05742 PLA**<br><br>**ORDER OF DISMISSAL** |

CHARLES PARKIN, City Attorney (SBN 159162)
Charles.Parkin@longbeach.gov
HOWARD D. RUSSELL, Deputy City Attorney (SBN 163595)
Howard.Russell@longbeach.gov
NICHOLAS J. MASERO, Deputy City Attorney (SBN 302989)
Nicholas.Masero@longbeach.gov

333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664
Telephone: (562) 570-2200
Facsimile: (562) 436-1579

*Attorneys for Defendants City of Long Beach, Former Chief of Police Anthony Batts, Officer Lorenzo J. Uribe, Officer Andrea D. Allen, Officer Paul Munson, Officer Robert Cruz, Officer Christopher E. Martinez, Officer Sergio Ruvalcaba, Officer Jesus E. Valdez, Officer C. Ignacio, # 5388, and Does 1 through 10, inclusive*

[PROPOSED] ORDER OF DISMISSAL

# **ORDER OF DISMISSAL**

The above referenced action brought by Plaintiff Della Roshawn Richardson is dismissed without prejudice, which upon the Settlement Check clearing shall automatically become a dismissal with prejudice. Each party will bear its own costs and attorney's fees.

DATED: October 18, 2017

By: *Paul L. Abrams*

The Honorable Paul L. Abrams
Magistrate Judge